Samuel J. Clapham, plaintiff, v. Abraham Kapes et al., defendants. State Life Insurance Company, appellant. Heitman Trust Company, appellee. Gen. No. 39,205.

Opinion filed March 30, 1937.

St. George & Davis, for appellant; Maximilian J. St. George, of counsel. Hershenson & Hershenson, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

New Era Motors, Inc., and A. M. Andrews, appellants, v. O. L. Ashton et al., appellees, and Foreman State National Bank, appellee. Gen. No. 39,001.

Opinion filed April 5, 1937.

Schein & Beckwith, for appellants. Hershenson & Hershenson, for certain appellees. Kurt J. Salomon, for certain other appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Humphrey Trimble, appellant, v. Harry Manaster and Brother, Inc., appellee. Gen. No. 39,072.

Opinion filed April 5, 1937.

Thomas C. Hollywood and A. J. Schultze, for appellant. Henry J. & Charles Aaron, for appellee; Franklin Raber and Sidney J. Hess, Jr., of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.